[Cite as *Shane v. Ohio Dept. of Transp.*, 2011-Ohio-1953.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

STEVEN SHANE

     Plaintiff

     v.

OHIO DEPT. OF TRANSPORTATION
Case No. 2010-10653-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On September 20, 2010, plaintiff, Steven Shane, filed a complaint against defendant, Department of Transportation. On September 30, 2010, plaintiff submitted a voluntary dismissal. Plaintiff's case is DISMISSED. The court shall absorb the court costs of this case in excess of the filing fee.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Steven Shane
29725 Fairway Blvd.
Willowick, Ohio 44095

Ohio Dept. Of Transportation
5430 Lake Court
Cleveland, Ohio 44114-3902

DRB/laa
Filed 1/28/111
Sent to S.C. reporter 4/15/11